## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| vs. | : | CRIMINAL NO. 5:24-CR- _59_ |
| | : | |
| DEVONTE JAMAL GLIVENS, | : | VIOLATIONS: |
| DESHAWN AARON WILLIAMS, and | : | 21 U.S.C. § 841(a)(1) |
| CHRISTOPHER COURNELIUS | : | 21 U.S.C. § 841(b)(1)(C) |
| BROWN | : | 18 U.S.C. § 924(c)(1)(A) |
| | : | 18 U.S.C. § 2. |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## (POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE)

On or about October 7, 2022, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the Defendants,

### DEVONTE JAMAL GLIVENS,
### DESHAWN AARON WILLIAMS, and
### CHRISTOPHER COURNELIUS BROWN,

aided and abetted by each other and others, both known and unknown to the Grand Jury, knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT TWO
## (POSSESSING A FIREARM IN FURTHERANCE OF
## A DRUG TRAFFICKING CRIME)

On or about October 7, 2022, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**DEVONTE JAMAL GLIVENS,**
**DESHAWN AARON WILLIAMS, and**
**CHRISTOPHER COURNELIUS BROWN,**

defendants herein, aided and abetted by each other and others, both known and unknown to the Grand Jury, did knowingly possess a firearm, to wit: (1) SCCY, 9 mm handgun, Serial Number cl22174, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, the offense set forth in Count One of this Indictment; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented By:

JULIUS J. JEFFERSON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __21__ day of __nov__ , 2024.

Deputy Clerk

3