# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 5:24-cr-59 (MTT) |
| DESHWAN AARON WILLIAMS, : | |
| : | |
| Defendant. : | |
| _____ : | |

## ORDER OF DETENTION

On March 18, 2025, Defendant Deshwan Aaron Wiliams appeared before the Court for an initial appearance and arraignment. The parties acknowledged that Defendant is currently serving a sentence of incarceration pursuant to a state conviction. In light of that sentence, Defendant waived opposition to the Government's motion for detention at this time, reserving the opportunity to revisit the Government's motion on the merits should circumstances change. The Court will schedule further proceedings on the Government's motion for detention at Defendant's request.

The Court hereby orders that Defendant be detained in the custody of the United States Marshal pending resolution of the charges in this case. Accordingly, the Defendant is hereby committed to the custody of the Attorney General of the United States or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney

for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    SO ORDERED, this the 18th day of March, 2025.

                                      s/ Charles H. Weigle
                                      Charles H. Weigle
                                      United States Magistrate Judge