IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-59 (MTT) |
| | ) |
| DEVONTE JAMAL GLIVENS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

Defendants Deshwan Aaron Williams and Christopher Cornelius Brown, by and through their counsel, have moved to continue this case until the next trial term. ECF 88; 87. The government does not oppose the motions. ECF 88 ¶ 2; 87 ¶ 3.

Having considered the grounds for the motions, the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motions (ECF 88; 87) are **GRANTED**. The case is continued from the November term until the Court's next trial term presently scheduled for **January 12, 2026**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 8th day of October, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT