AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

**DESHAWN AARON WILLIAMS**

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  **5:24-cr-00059-MTT-CHW-2**

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Marc T. Treadwell
Signature of Judge

MARC T. TREADWELL, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

July 20, 2026
Date